**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARGAUX RAINEY,<br><br>       Plaintiff,<br><br>   v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al,<br><br>       Defendants.<br>_____/ | No. C 13-2101 RS<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     November 7, 2013<br>Mediator:  Robert Hines |

IT IS HEREBY ORDERED that the request to excuse defendant Experian Information Solutions, Inc.'s corporate representative, Abril Turner, from appearing in person at the November 7, 2013, mediation before Robert Hines is GRANTED. Ms. Turner shall participate telephonically in the mediation at all times in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

November 4, 2013      By: _____
Dated                                        Maria-Elena James
                                                      United States Magistrate Judge