UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARGAUX RAINEY,

        Plaintiff,

   v.

MIDLAND CREDIT MANAGEMENT, INC., et al,

        Defendants.

No. C 13-2101 RS

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     November 7, 2013
Mediator:  Robert Hines

IT IS HEREBY ORDERED that the request to excuse defendant Experian Information Solutions, Inc.'s corporate representative, Abril Turner, from appearing in person at the November 7, 2013, mediation before Robert Hines is GRANTED.  Ms. Turner shall participate telephonically in the mediation at all times in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

November 4, 2013      By: _____
Dated                                        Maria-Elena James
                                                     United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California