1  Katherine A. Klimkowski (SBN 263099)
   kaklimkowski@jonesday.com
2  JONES DAY
   3161 Michelson Drive
3  Suite 800
   Irvine, CA  92612.4408
4  Telephone:  949.851.3939
   Facsimile:  949.553.7539
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  Margaux Rainey,                          Case No. 3:13-cv-02101-RS

12              Plaintiff,                    [PROPOSED] ORDER FOR
                                             STIPULATION FOR DISMISSAL OF
13        v.                                  DEFENDANT EXPERIAN
                                             INFORMATION SOLUTIONS, INC.
14  Midland Credit Management, Inc.;
    Midland Funding, LLC;
15  Experian Information Solutions, Inc.; and  Amended Complaint Filed: May 14, 2013
    Equifax Information Services, LLC.
16
                Defendants.
17

18

19        PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information

20  Solutions, Inc. ("Experian") is dismissed with prejudice.  Plaintiff Margaux Rainey and Experian

21  shall each bear her or its own costs and attorneys' fees.

22        IT IS SO ORDERED.

23

24  Dated:  11/21/13       _____

25                          HON. RICHARD SEEBORG
                            UNITED STATES DISTRICT JUDGE
26

27

28

IRI-57520v1