Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  949.851.3939
Facsimile:  949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Margaux Rainey, | Case No. 3:13-cv-02101-RS |
| Plaintiff, | [~~PROPOSED~~] **ORDER FOR STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| Midland Credit Management, Inc.; Midland Funding, LLC; Experian Information Solutions, Inc.; and Equifax Information Services, LLC. | Amended Complaint Filed: May 14, 2013 |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice.  Plaintiff Margaux Rainey and Experian shall each bear her or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  11/21/13

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

IRI-57520v1